# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MERCURY INSURANCE CO., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. No. 3:18-CV-03293-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE PURSUANT TO 28 USC § 1404(a)**<br><br>Date: August 31, 2018<br>Time: 10:00 a.m.<br>Courtroom: 6<br><br>Hon. Charles R. Breyer |

Having read and considered the briefs filed by the parties in this matter and being otherwise advised in the premises, the Court hereby GRANTS the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion") filed by Defendant First Mercury Insurance Co. ("First Mercury"), in its entirety and ORDERS that the action is hereby transferred to the Central District of California, Western Division.

IT IS SO ORDERED.

Date: August 1, 2018

_____
Hon. Charles R. Brever